UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY McCARTY | CIVIL ACTION NO. 08-0240 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| WINN CORECTIONAL CTR., ET AL. | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the motion for temporary restraining order(DOC. #14) is DENIED.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 13th day of May, 2008.

**Dee D. Drell**
**UNITED STATES DISTRICT JUDGE**