UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

ANTHONY McCARTY                        CIVIL ACTION NO. 08-0240
     LA. DOC #105523
VS.                                   SECTION P
                                       JUDGE DRELL
WINN CORRECTIONS CENTER, ET AL.     MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that plaintiff's civil rights action be **DISMISSED WITH PREJUDICE** as frivolous in accordance with the provisions of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A(b)(1);

**IT IS FURTHER ORDERED** that all pending motions, letters, or pleadings which could be construed as motions [rec. doc. 4; rec. doc. 5; rec. doc. 8; rec. doc. 12; and rec. doc. 16] be **DENIED** as moot.

**THUS DONE AND SIGNED,** in chambers, in Alexandria, Louisiana, on this 24th day of June, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE